IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>    v.<br><br>[5] NELSON JOSE RAMOS-BARBOSA,<br><br>    Defendant. | Criminal No. 12-594 (ADC) |

### ORDER

The Court, at prior conferences and at the pre-trial conference indicated that the Magistrate Judge Report and Recommendation at **ECF No. 255** was adopted. Consistent therewith, and for completeness of the record, the attached Opinion and Order is filed.

**SO ORDERED.**

At San Juan, Puerto Rico, this 16th day of June, 2014.

S/**AIDA M. DELGADO-COLON**
**Chief United States District Judge**